IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02456

In Re: LAWRENCE EDWIN LIVINGSTON,

      Debtor,
_____

DAVID E LEWIS, TRUSTEE,

      Plaintiff,

v.

PAULA A LIVINGSTON, CASTLE VISTA, LLC, SAGE PORT PARTNERS, LLC, and
YAVAPAI CORPORATION,

      Defendants.

---

## ORDER

---

THIS MATTER is before the Court on Defendants' Motion to Withdraw the
Reference, filed November 26, 2007 (docket #1).  Defendants' Motion was transmitted
from the Bankruptcy Court and assigned to this Court on November 26, 2007.
Plaintiff's Statement Regarding Defendants' Motion to Withdraw Reference was filed on
November 26, 2007.  Defendants seek withdrawal of the following four claims for relief
listed in Plaintiff's Complaint: constructive trust to avoid injustice, reverse piercing of
the corporate veil, civil conspiracy, and fraudulent conveyance.  Plaintiff asserts that
the constructive trust to avoid injustice and the reverse piercing of the corporate veil
claims are core claims, equitable in nature, and do not give rise to the Defendants'

Seventh Amendment right to a jury trial.  Plaintiff admits that the civil conspiracy and fraudulent conveyance claims are legal in nature, and therefore give rise to the Defendants' right to demand a jury trial.   Plaintiff consents to the Court conducting a jury trial with regard to his third and fourth claims for relief, and agrees with the Defendants that absent consent by all parties the bankruptcy court may not conduct a trial by jury.  Therefore, the Plaintiff does not object to the Defendants' Motion to Withdraw the Reference.  The Court, having reviewed the Motion and having fully considered the grounds therein, It is hereby

ORDERED that Defendant's Motion to Withdraw Reference (docket #1) dated November 26, 2007, is **GRANTED**.  It is

FURTHER ORDERED that this matter is **REMANDED** to the Bankruptcy Court for that court to consider and decide all pre-trial issues.  It is

FURTHER ORDERED that once discovery and other pre-trial phases of the case (including approval of the final pre-trial order) are completed, this Court will conduct a trial on the merits.

Dated:  December 21, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge