UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LAWRENCE EDWIN LIVINGSTON | ) Case No. 05-39317 SBB |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| DAVID E. LEWIS, TRUSTEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Adv. Pro. No. 07-1614 SBB |
| | ) |
| PAULA A. LIVINGSTON, CASTLE VISTA, LLC, SAGE PORT PARTNERS, LLC, and YAVAPAI CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING ADVERSARY PROCEEDING**

Upon the Plaintiff's Motion to Dismiss Adversary Proceeding and it appearing that all issues raised have now been settled and that dismissal of this adversary proceeding is appropriate, it is

ORDERED that this adversary proceeding is hereby dismissed and this adversary proceeding shall be closed.

DATED: March 6, 2009

BY THE COURT

*Sid Brooks*
_____
UNITED STATES BANKRUPTCY JUDGE